
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Ronnie Loschiavo and Shawn Selby, *et al.*, *on behalf of themselves and those similarly situated,* | Case No. 2:21-cv-5069 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Vascura |
| Advanced Drainage Systems, Inc., | |
| Defendant. | |

| | |
|---|---|
| Derek Thompson, *et al.*, *on behalf of themselves and those similarly situated,* | Case No. 2:22-cv-2771 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Vascura |
| Advanced Drainage Systems, Inc., | |
| Defendant. | |

## ORDER

In its Opinion and Order entered on May 16, 2025, the Court conditionally approved the parties' FLSA collective settlement contingent upon their revision of the proposed notice to collective members. ECF No. 59. Now before the Court is the parties' revised notice, ECF No. 63.

Upon review of the notice, the Court concludes that the parties have remedied the identified deficiencies. Accordingly, pursuant to its May 16, 2025,

Opinion and Order, the Court **GRANTS** final approval of the FLSA Collective settlement. The Court further approves the form of the notice, ECF No. 63.

The Clerk shall terminate ECF No. 62.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**