IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RONNIE LOSCHIAVO & SHAWN SELBY**, *et al.*, on behalf of themselves and those similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>**ADVANCED DRAINAGE SYSTEMS, INC.**,<br><br>   Defendant. | Case No. 2:21-cv-5069<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Chelsey M. Vascura |
| **DEREK THOMPSON**, *et al.*, on behalf of themselves and those similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>**ADVANCED DRAINAGE SYSTEMS, INC.**,<br><br>   Defendant. | Case No. 2:22-cv-2771<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Chelsey M. Vascura |

**JOINT MOTION FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT AND MOTION TO HOLD FAIRNESS HEARING BY TELEPHONE OR ZOOM**

  Now come Representative Plaintiffs Ronnie Loschiavo, Shawn Selby, Derek Thompson, and Douglas Scott (collectively "Representative Plaintiffs"), on behalf of themselves and members of the proposed settlement class, and Defendant Advanced Drainage Systems, Inc. ("ADS" or "Defendant") (collectively Representative Plaintiffs and Defendant will be referred to as the "Parties"), hereby jointly move this Court for entry of final judgment approving the Parties' Class and Collective Action Settlement Agreement and Release ("Agreement" or "Settlement") pursuant to Fed. R. Civ. P. 23. The Parties further request that the fairness hearing scheduled for Wednesday,

1

September 24, 2025 at 11:00 a.m. be held telephonically or by video conferencing since there are no objections to the Settlement.

On January 10, 2025, the Parties filed their Motion for Final Approval of FLSA Collective Action and Preliminary Approval of Class Action Settlement ("Initial Motion for Preliminary Approval") (ECF No. 55). On April 9, 2025, the Court denied the Initial Motion for Preliminary Approval without prejudice. (ECF No. 56).

On April 21, 2025, the Parties filed their Renewed Motion for Final Approval of FLSA Collective Action and Preliminary Approval of Class Action Settlement ("Renewed Motion for Preliminary Approval") (Initial Motion for Preliminary Approval and Renewed Motion for Preliminary Approval collectively referred to as "Preliminary Approval Motions.") (ECF No. 58) Thereafter, this Court entered an Order approving the Settlement Agreement as a fair, reasonable, and adequate resolution of disputed claims under the FLSA and Ohio wage and hour laws and authorizing notice to the certified class members. (ECF No. 59, 64 ("Preliminary Approval Orders") On July 11, 2025, Analytics Consulting, LLC ("Settlement Administrator" or "Claims Administrator") commenced the issuance of notice in accordance with the terms of the Settlement and the Court's Order preliminarily approving the Settlement. (*See* Declaration of Settlement Administrator (hereinafter "Claims Administrator Decl.")), attached hereto as **Exhibit A**, ¶¶ 5-10.) The Court-approved Notice was sent to 1,950 collective and class members by first-class U.S. mail. (*Id*., at ¶ 5) Requests to opt out or submit written objections to the Settlement had to be received or postmarked on or before September 9, 2025. (*Id*., at ¶ 7) Out of the 1,950 sent notices, 239 were returned to Analytics without a forwarding address, so Analytics conducted a skip trace in an attempt to ascertain valid addresses. (*Id*., at ¶ 8) As a result of those efforts, 188 new addresses were identified, and Analytics re-mailed the Notice to each of the new addresses. (*Id*.) In other

words, notice was provided to 1,899 of 1,950 putative class members, which is equivalent to 97.4%.

Out of the 1,569 putative class members, two requested to be excluded and no objections to the Settlement were submitted. (*Id*., ¶¶ 9-10)

As explained in the Preliminary Approval Motions, the Settlement resolves bona fide disputes involving violations of the Fair Labor Standards Act and wage and hour laws in Ohio, Kentucky, and New York. (ECF No. 55, PageID # 866-70) The Settlement distributions are fair, reasonable, and more than adequate. (*Id.* at PageID # 883-85). This is underscored by the fact that no objections to the Settlement were raised and only two requests for exclusion were received during the notice process.

Therefore, the Parties respectfully request that this Court enter an Order granting final certification of the class and action, and final approval of the Settlement.

Respectfully submitted,

| **COFFMAN LEGAL, LLC** | **VORYS, SATER, SEYMOUR AND PEASE LLP** |
|---|---|
| */s/ Matthew J.P. Coffman* | */s/ Michael J. Ball (per email consent)* |
| Matthew J.P. Coffman (0085586) | Andrew C. Smith, Trial Attorney (0008136) |
| Adam C. Gedling (0085256) | Michael J. Ball (0084150) |
| Kelsie N. Hendren (0100041) | Oliver D. Frey (0098479) |
| 1550 Old Henderson Rd. | 52 E. Gay St. |
| Suite #126 | Columbus, Ohio 43215 |
| Columbus, Ohio 43220 | Telephone: (614) 464-5434 |
| Telephone: (614) 949-1181 | Fax: (614) 719-4969 |
| Facsimile: (614) 386-9964 | Email: acsmith@vorys.com |
| Email: mcoffman@mcoffmanlegal.com | mjball@vorys.com |
| agedling@mcoffmanlegal.com | odfrey@vorys.com |
| khendren@mcoffmanlegal.com | |
| | *Counsel for Defendant* |
| **BRYANT LEGAL, LLC** | *Advanced Drainage Systems, Inc.* |
| */s/ Daniel I. Bryant* | |
| Daniel I. Bryant (0090859) | |

3

4400 N. High St., Suite 310
Columbus, Ohio 43214
Phone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

*Counsel for Plaintiffs and the FLSA Collective and Proposed Rule 23 Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)

\