AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Ronnie Loschiavo and Shawn Selby, et al., on behalf of themselves and those similarly situated,<br>*Plaintiff*<br>v.<br>Advanced Drainage Systems, Inc.,<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 2:21cv5069<br>)<br>) |

Derek Thompson, et al., on behalf of themselves and those similarly situated,
v.
Advanced Drainage Systems, Inc.,

## JUDGMENT IN A CIVIL ACTION  2:22cv2771

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the October 20, 2025 Opinion and Order, the Court GRANTS Plaintiffs' Motion for Final Approval of the Class Action Settlement Agreement and GRANTS Plaintiffs' Motion for an Award of Attorneys' Fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  10/20/2025

CLERK OF COURT

s/Jennifer Kacsor
*Signature of Clerk or Deputy Clerk*